# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jaime Rivera, Jr. | § | Case No. 15-33213 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/29/2015 . The undersigned trustee was appointed on 09/29/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 10,618.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 2,705.41 |
| Leaving a balance on hand of[1] | $ | 7,912.59 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  03/24/2016  and the deadline for filing governmental claims was  03/28/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,541.26 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,541.26 , for a total compensation of $ 1,541.26 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 21.89 , for total expenses of $ 21.89 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/05/2016         By:/s/STEVEN R. RADTKE
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-33213 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Jaime Rivera, Jr. | | | | Date Filed (f) or Converted (c): | 09/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/16/2015 |
| For Period Ending: | 08/05/2016 | | | | Claims Bar Date: | 03/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3247 W Le Moyne St, Chicago, Il 60651-4424 Residential Homes | 241,900.00 | 0.00 | | 0.00 | FA |
| 2. Pnc Checking | 400.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods And Furnishing | 500.00 | 0.00 | | 0.00 | FA |
| 4. Smith And Wesson '22 / Pk380 / Smith And Wesson 9Mm | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. City Of Chicago Municipal Employees Def Comp | 190,000.00 | 0.00 | | 0.00 | FA |
| 6. 2005 Infiniti Fx45 Awd 4Dr Suv (4.5L 8Cyl 5A) Automobile | 8,000.00 | 4,000.00 | | 0.00 | FA |
| 7. 2013 Nissan Quest Sv 4Dr Minivan (3.5L 6Cyl Cvt) Automobile | 17,855.00 | 17,855.00 | | 0.00 | FA |
| 8. Anticipated 2015 tax refund (u) | Unknown | 10,618.00 | | 10,618.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $460,155.00 | $32,473.00 | | $10,618.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2016 Trustee retained estate's share of 2015 tax refund in the amount of $7,912.59 and turned over to Debtor the amount of the refund which was not property of the estate in the amount of $2,705.41; Trustee to review claims, prepare TFR and fee application

4/2016 IRS tax refund received $10,618

1/8/16 IRS Refund Intercept letter sent

12/21/15 Anticipated 2015 tax refund

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 06/30/2017     Current Projected Date of Final Report (TFR): 06/30/2017

Exhibit A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-33213  
Case Name: Jaime Rivera, Jr.  
Taxpayer ID No: XX-XXX3222  
For Period Ending: 08/05/2016  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5778  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/16 | 8 | United States Treasury | Tax refund<br>Federal tax refund for 2015 | 1224-000 | $10,618.00 | | $10,618.00 |
| 05/24/16 | 1001 | Jaime Rivera, Jr.<br>3247 W LEMOYNE STREET GDN<br>CHICAGO, IL  60651 | Debtor's prorata share of 2015<br>Federal tax refund | 8500-002 | | $2,705.41 | $7,912.59 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,618.00 | $2,705.41 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,618.00 | $2,705.41 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,618.00 | $2,705.41 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $10,618.00    $2,705.41

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5778 - Checking | $10,618.00 | $2,705.41 | $7,912.59 |
|  | $10,618.00 | $2,705.41 | $7,912.59 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,618.00 |
| Total Gross Receipts: | $10,618.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-33213  
Debtor Name: Jaime Rivera, Jr.  
Claims Bar Date: 3/24/2016  

Date: August 5, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $1,541.26 | $1,541.26 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $21.89 | $21.89 |
| 1 300 7100 | Cavalry Spv I, Llc, As Assignee Of Bank Of America/Fia Card Services, N.<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $26,816.69 | $26,816.69 |
| 2 300 7100 | Navient Solutions, Inc<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Unsecured | | $0.00 | $10,508.77 | $10,508.77 |
| 3 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $2,170.65 | $2,170.65 |
| 4 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $11,188.55 | $11,188.55 |
| 5 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $1,701.00 | $1,701.00 |
| 7 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $188.64 | $188.64 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-33213  
Debtor Name: Jaime Rivera, Jr.  
Claims Bar Date: 3/24/2016  

Date: August 5, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 300 7100 | World"s Foremost Bank Cabela"s Club Visa Po Box 82609 Lincoln, Ne 68501-2609 | Unsecured | | $0.00 | $1,901.72 | $1,901.72 |
| 9 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Toys R Us) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $941.22 | $941.22 |
| 6 400 4110 | Capital One Auto Finance A Division Capital One Na Po Box 201347 Arlington, Tx 76006 | Secured | Withdrawn | $0.00 | $24,759.18 | $0.00 |
| | Case Totals | | | $0.00 | $81,739.57 | $56,980.39 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-33213
Case Name: Jaime Rivera, Jr.
Trustee Name: STEVEN R. RADTKE

Balance on hand $ 7,912.59

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Capital One Auto Finance-Withdrawn | $ 24,759.18 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 7,912.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 1,541.26 | $ 0.00 | $ 1,541.26 |
| Trustee Expenses: STEVEN R. RADTKE | $ 21.89 | $ 0.00 | $ 21.89 |

Total to be paid for chapter 7 administrative expenses $ 1,563.15

Remaining Balance $ 6,349.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,417.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Spv I, Llc, As Assignee | $ 26,816.69 | $ 0.00 | $ 3,072.53 |
| 2 | Navient Solutions, Inc | $ 10,508.77 | $ 0.00 | $ 1,204.04 |
| 3 | Capital One Bank (Usa), N.A. | $ 2,170.65 | $ 0.00 | $ 248.70 |
| 4 | American Express Centurion Bank | $ 11,188.55 | $ 0.00 | $ 1,281.93 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,701.00 | $ 0.00 | $ 194.89 |
| 7 | Capital One, N.A. | $ 188.64 | $ 0.00 | $ 21.61 |
| 8 | World"s Foremost Bank | $ 1,901.72 | $ 0.00 | $ 217.89 |
| 9 | Portfolio Recovery Associates, Llc | $ 941.22 | $ 0.00 | $ 107.85 |

Total to be paid to timely general unsecured creditors        $          6,349.44

Remaining Balance                                             $              0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*