UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 15-33213 |
| JAIME RIVERA, JR., | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **August 18, 2016**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

RiveraNFRCrtSrv

SERVICE LIST
JAIME RIVERA, JR., DEBTOR
CASE NO. 15-33213

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

David Hernandez
David Hernandez, Attorney at Law
17566 Windsor Pkwy
Tinley Park, IL 60487

Jaime Rivera, Jr.
3247 W Lemoyne Street Gdn
Chicago, IL 60651

Cavalry SPV I, LLC, as Assignee
of Bank of America/FIA Card Services, N.
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Navient Solutions, Inc.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Capital One Bank (USA), N.A. by
American Infosource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PYOD, LLC, its successors and assigns
as assignee of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Capital One Auto Finance
A Division Capital One N.A.
Po Box 201347
Arlington, TX 76006

Capital One Bank (USA), N.A. by
American Infosource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

World's Foremost Bank
Cabela's Club Visa
PO Box 82609
Lincoln, NE 68501

Portfolio Recovery Associates, LLC
Successor To Synchrony Bank (Toys R Us)
PO Box 41067
Norfolk, VA 23541

RiveraTFRSrvList

1