# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jaime Rivera, Jr. | § | Case No. 15-33213 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 248,755.00           Assets Exempt: 211,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,349.44      Claims Discharged
                                                Without Payment: 394,082.80

Total Expenses of Administration: 1,563.15

---

3) Total gross receipts of $ 10,618.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,705.41 (see **Exhibit 2**), yielded net receipts of $ 7,912.59 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 259,237.00 | $ 24,759.18 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,563.15 | 1,563.15 | 1,563.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 85,778.00 | 55,417.24 | 55,417.24 | 6,349.44 |
| **TOTAL DISBURSEMENTS** | $ 345,015.00 | $ 81,739.57 | $ 56,980.39 | $ 7,912.59 |

   4) This case was originally filed under chapter 7 on 09/29/2015. The case was pending for 13 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 10/18/2016          By: /s/STEVEN R. RADTKE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated 2015 tax refund | 1224-000 | 10,618.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,618.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jaime Rivera, Jr. | Non-Estate Funds Paid to Third Parties | 8500-002 | 2,705.41 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,705.41** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Auto Finan 3901 Dallas Pkwy Plano, TX 75093-7864 | | 25,040.00 | NA | NA | 0.00 |
| | Chase Mtg PO Box 24696 Columbus, OH  43224-0696 | | 234,197.00 | NA | NA | 0.00 |
| 6 | Capital One Auto Finance | 4110-000 | NA | 24,759.18 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 259,237.00 | $ 24,759.18 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,541.26 | 1,541.26 | 1,541.26 |
| STEVEN R. RADTKE | 2200-000 | NA | 21.89 | 21.89 | 21.89 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,563.15 | $ 1,563.15 | $ 1,563.15 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 08 Fleet Bank 2221 New Market Pkwy SE Marietta, GA 30067-9313 | | 17,276.00 | NA | NA | 0.00 |
| | Amex PO Box 297871 Fort Lauderdale, FL 33329-7871 | | 7,811.00 | NA | NA | 0.00 |
| | Capital One Bank USA N PO Box 30281 Salt Lake City, UT 84130-0281 | | 2,116.00 | NA | NA | 0.00 |
| | Credit One Bank NA PO Box 98875 Las Vegas, NV 89193-8875 | | 1,561.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 112.00 | NA | NA | 0.00 |
| | Mcydsnb PO Box 8218 Mason, OH 45040-8218 | | 293.00 | NA | NA | 0.00 |
| | Navient PO Box 9655 Wilkes Barre, PA 18773-9655 | | 10,406.00 | NA | NA | 0.00 |
| | Paam Col 2221 New Market Pa Marietta, GA 30067 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Syncb/toysrusdc PO Box 965005 Orlando, FL 32896-5005 | | 498.00 | NA | NA | 0.00 |
| | Unknown Plaintiff | | 27,656.00 | NA | NA | 0.00 |
| | Unknown Plaintiff | | 16,240.00 | NA | NA | 0.00 |
| | Worlds Foremost Bank N 4800 NW 1st St Lincoln, NE 68521-4463 | | 1,809.00 | NA | NA | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | NA | 11,188.55 | 11,188.55 | 1,281.93 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 2,170.65 | 2,170.65 | 248.70 |
| 7 | Capital One, N.A. | 7100-000 | NA | 188.64 | 188.64 | 21.61 |
| 1 | Cavalry Spv I, Llc, As Assignee | 7100-000 | NA | 26,816.69 | 26,816.69 | 3,072.53 |
| 2 | Navient Solutions, Inc | 7100-000 | NA | 10,508.77 | 10,508.77 | 1,204.04 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 941.22 | 941.22 | 107.85 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 1,701.00 | 1,701.00 | 194.89 |
| 8 | World"s Foremost Bank | 7100-000 | NA | 1,901.72 | 1,901.72 | 217.89 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 85,778.00 | $ 55,417.24 | $ 55,417.24 | $ 6,349.44 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-33213 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Jaime Rivera, Jr. | | | | Date Filed (f) or Converted (c): | 09/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/16/2015 |
| For Period Ending: | 10/18/2016 | | | | Claims Bar Date: | 03/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3247 W Le Moyne St, Chicago, Il 60651-4424 Residential Homes | 241,900.00 | 0.00 | | 0.00 | FA |
| 2. Pnc Checking | 400.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods And Furnishing | 500.00 | 0.00 | | 0.00 | FA |
| 4. Smith And Wesson '22 / Pk380 / Smith And Wesson 9Mm | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. City Of Chicago Municipal Employees Def Comp | 190,000.00 | 0.00 | | 0.00 | FA |
| 6. 2005 Infiniti Fx45 Awd 4Dr Suv (4.5L 8Cyl 5A) Automobile | 8,000.00 | 4,000.00 | | 0.00 | FA |
| 7. 2013 Nissan Quest Sv 4Dr Minivan (3.5L 6Cyl Cvt) Automobile | 17,855.00 | 17,855.00 | | 0.00 | FA |
| 8. Anticipated 2015 tax refund (u) | Unknown | 10,618.00 | | 10,618.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $460,155.00 | $32,473.00 | | $10,618.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2016 Trustee retained estate's share of 2015 tax refund in the amount of $7,912.59 and turned over to Debtor the amount of the refund which was not property of the estate in the amount of $2,705.41; Trustee to review claims, prepare TFR and fee application

4/2016 IRS tax refund received $10,618

1/8/16 IRS Refund Intercept letter sent

12/21/15 Anticipated 2015 tax refund

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-33213 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Jaime Rivera, Jr. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5778 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3222 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/18/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/16 | 8 | United States Treasury | Tax refund<br>Federal tax refund for 2015 | 1224-000 | $10,618.00 | | $10,618.00 |
| 05/24/16 | 1001 | Jaime Rivera, Jr.<br>3247 W LEMOYNE STREET GDN<br>CHICAGO, IL  60651 | Debtor's prorata share of 2015 Federal tax refund | 8500-002 | | $2,705.41 | $7,912.59 |
| 09/09/16 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,541.26 | $6,371.33 |
| 09/09/16 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $21.89 | $6,349.44 |
| 09/09/16 | 1004 | Cavalry Spv I, Llc, As Assignee<br>Of Bank Of America/Fia Card Services, N.<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Final distribution to claim 1 representing a payment of 11.46 % per court order. | 7100-000 | | $3,072.53 | $3,276.91 |
| 09/09/16 | 1005 | Navient Solutions, Inc<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 2 representing a payment of 11.46 % per court order. | 7100-000 | | $1,204.04 | $2,072.87 |
| 09/09/16 | 1006 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 11.46 % per court order. | 7100-000 | | $248.70 | $1,824.17 |
| 09/09/16 | 1007 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 11.46 % per court order. | 7100-000 | | $1,281.93 | $542.24 |
| 09/09/16 | 1008 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 11.46 % per court order. | 7100-000 | | $194.89 | $347.35 |

Page Subtotals: $10,618.00  $10,270.65

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-33213 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Jaime Rivera, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5778 |
| | Checking |
| Taxpayer ID No: XX-XXX3222 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/18/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/16 | 1009 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 7 representing a payment of 11.46 % per court order. | 7100-000 | | $21.61 | $325.74 |
| 09/09/16 | 1010 | World"s Foremost Bank<br>Cabela"s Club Visa<br>Po Box 82609<br>Lincoln, Ne 68501-2609 | Final distribution to claim 8 representing a payment of 11.46 % per court order. | 7100-000 | | $217.89 | $107.85 |
| 09/09/16 | 1011 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Toys R Us)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 9 representing a payment of 11.46 % per court order. | 7100-000 | | $107.85 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,618.00 | $10,618.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,618.00 | $10,618.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,618.00 | $10,618.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*                     Page Subtotals:        $0.00        $347.35

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5778 - Checking | $10,618.00 | $10,618.00 | $0.00 |
|  | $10,618.00 | $10,618.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,618.00 |
| Total Gross Receipts: | $10,618.00 |

Page Subtotals:    $0.00    $0.00